1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Francis Mazzarelle

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | FRANCIS MAZZARELLE,                      ) Case No.: 5:15-cv-02426-UA-SK
   |                                          )
13 |         Plaintiff,                       ) {PROPOSED} ORDER AWARDING
   |                                          ) EQUAL ACCESS TO JUSTICE ACT
14 |    vs.                                   ) ATTORNEY FEES AND EXPENSES
   |                                          ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting                ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,         ) U.S.C. § 1920
16 |                                          )
   |         Defendant                        )
17 |                                          )
   |_____)
18

19       Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21       IT IS ORDERED that fees and expenses in the amount of $3,100.00 as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE:  8/12/2016

24                                    _____
                                      THE HONORABLE STEVE KIM
25                                    UNITED STATES MAGISTRATE JUDGE

26